COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR EN BANC RECONSIDERATION

Case number:  01-12-00406-CV

Style:   *Woody K. Lesikar, Individually and as Trustee of the woody K. Lesikar Special Trust and as Trustee of the Woodrow V. Lesikar Family Trust, Appellants v. Carolyn Ann Lesikar Moon, Individually and as Trustee of the Carolyn Ann Lesikar Moon Special Trust, Appellees*

Date motion filed:     October 8, 2014

Party filing motion:    Appellants


The Court having voted against rehearing en banc, it is **ordered** that the motion for rehearing en banc is **denied**.



Judge's signature:      /s/ Jane Bland
                               Acting for the Court

Before:  Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.



Date:   December 4, 2014